UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. CONGRESS, et al.,<br><br>　　　　Defendants. | No.  2:23-cv-00512-DJC-EFB (PC)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 6, 2023, the Court denied Plaintiff's application to proceed in forma pauperis and ordered Plaintiff to pay the $402 filing fee within 14 days.  Plaintiff has not paid the fee, and the time for doing so has elapsed.  Accordingly, IT IS HEREBY ORDERED that:

////

////

////

////

////

1

1. The case is dismissed without prejudice;
2. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **December 15, 2023**

*/s/ Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE